Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

## 04-1058, -1080

### CEMEX, S.A.,

Plaintiff-Cross Appellant,

v.

### UNITED STATES,

Defendant-Appellee,

v.

### THE AD HOC COMMITTEE OF AZ-NM-TX-FL PRODUCERS OF GRAY PORTLAND CEMENT and NATIONAL CEMENT COMPANY OF CALIFORNIA,

Defendants-Appellants.

## O R D E R

Before NEWMAN, MICHEL, and RADER, Circuit Judges.

A petition for panel rehearing having been filed by the APPELLEE, UNITED STATES,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing is GRANTED for the limited purpose of making the changes indicated on the attached errata and is, in all other respects, DENIED.

The mandate of the court will issue on December 21, 2004.

FOR THE COURT

December 14, 2004                    Jan Horbaly

_____
Jan Horbaly
Clerk

c:  Joseph W. Dorn, Esq.
    Irwin P. Altschuler, Esq.
    David S. Silverbrand, Esq.

# United States Court of Appeals for the Federal Circuit

ERRATA

December 14, 2004

#04-1058, 04-1080:  Cemex, S.A. v. United States

Precedential Opinion

Issued: September 28, 2004

Please make the following correction:

On page 15 of the opinion, change the sentence to read:  "Designed to enable domestic manufacturers to contest Customs' determinations regarding the appraised value, classification, or rate of duty on imported merchandise, [FN8] section 1516 contemplates remedies solely prospective in nature, and cannot after-the-fact cure Customs' decisions with respect to liquidation, legal or illegal."